730 COURT OF ERRORS AND APPEALS.

Hanrahan v. Nat. Bldg. Loan & Prov. Asso.    *68 N. J. L.*

ISABELLA CHEVALIER, DEFENDANT IN ERROR, v. MIDDLESEX AND SOMERSET TRACTION COMPANY, PLAINTIFF IN ERROR.

For the plaintiff in error, *Willard P. Voorhees.*

For the defendant in error, *Alan H. Strong.*

PER CURIAM.

This case was tried together with the action of Norman *v.* Middlesex and Somerset Traction Company, and the judgment is reversed, for the reasons given in. the memorandum filed in that case.

---

AMELIA HANRAHAN, DEFENDANT IN ERROR, v. NATIONAL BUILDING LOAN AND PROVIDENT ASSOCIATION, PLAINTIFF IN ERROR.

Submitted October 15, 1902—Decided March 2, 1903.

On error to the Supreme Court.

For the plaintiff in error, *Howard W. Hayes.*

For the defendant in error, *Frank Bergen.*

PER CURIAM.

The judgment of the Supreme Court, brought up by the writ of error in this case, is affirmed, for the reasons given in the opinion of Mr. Justice Van Syckel in that court, reported in 38 *Vroom* 526.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, HENDRICKSON, PITNEY, BOGERT, VREDENBURGH, VOORHEES, VROOM. 10.

*For reversal*—None.